**Operating Report**
**Business Statement of Income/Loss by Month**

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enter Month Here → | 01/24 | 12/23 | 11/23 | 10/23 | 09/23 | 08/23 | 07/23 | 06/23 | 05/23 | 04/23 | 03/23 | 02/23 | **Total** |
| Gross Income/Receipts: | 13458 | 43863 | 30962 | 45378.13 | 22631 | 31578 | 37914 | 43989 | 34472 | 24026 | 51348 | 22165 | 401784.13 |
| **Operating Expenses:** | | | | | | | | | | | | | |
| Rent (if operated outside home) | | | | 1200 | 1200 | 5600 | 3000 | 2760 | 7600 | | | | 21360 |
| Electricity (if operated outside home) | | | | | | 511 | 561 | 442 | 442 | 557 | 517 | 668.6 | 3698.6 |
| Gas (if operated outside home) | | | | | | | | | | | | | 0 |
| Water (if operated outside home) | | | | 172.26 | | | 168 | 129 | | 100 | 164 | | 733.26 |
| Telephone/Cell (if operated outside home) | 17.53 | 601.91 | 415.47 | 381.3 | 1621.62 | 221 | 851 | | 365 | 782 | 854 | | 6110.83 |
| Office Maintenance | | | | | | | | | | | | | 0 |
| Salaries | 9776.61 | 8387.98 | 7699.54 | 9226.12 | 9916.71 | 12298 | 7448 | 14082 | 10424 | 11625 | 14403 | 8845 | 124131.96 |
| Self Employment Taxes | | | | | | | | | | | | | 0 |
| Insurance | 385 | 385 | 385 | 385 | 385 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 3360 |
| Professional Fees/Dues | | | | | | | | 250 | | 66 | | | 316 |
| Advertising | | | | | 174.25 | | | | | | | 387.43 | 561.68 |
| Raw Materials/Inventory | | | | | | | | | | | | | 0 |
| Office Supplies | | | | | | | | | | | 243 | | 243 |
| Office Equipment/Leases | | | | | | | 145 | 92 | | 57 | 203 | 88.36 | 585.36 |
| Fuel | 417.94 | 429.15 | 287.2 | 424.98 | 527.19 | 439 | 251 | 429 | 233 | 740 | 308 | 253 | 4739.46 |
| Sales Taxes | | | | | | | | | | | | | 0 |
| Vehicle Tax | | | | | | | | | | | | | 0 |
| Vehicle Maintenance | | | | | | | | | | | | 133 | 133 |
| Permits/Registration Fees/Inspection | | | | | | | | | | | | | 0 |
| Other:   Job Materials | 1024.29 | 4391.59 | 4363.77 | 3976.97 | 4635.51 | 6412 | 3386 | 9333 | 6602 | 5789 | 11580 | 6469 | 67963.13 |
| Other:   Quickbooks/Subscriptions | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 1656 |
| Other:   Repairs/Maintence | 118.22 | 52.94 | 100 | 233.18 | 392.33 | 138 | 138 | | | | | | 1172.67 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other: | | | | | | | | | | | | | | 0 |
| Other: | | | | | | | | | | | | | | 0 |
| Other: | | | | | | | | | | | | | | 0 |
| Other: | | | | | | | | | | | | | | 0 |
| Other: | | | | | | | | | | | | | | 0 |
| Other: | | | | | | | | | | | | | | 0 |
| Other: | | | | | | | | | | | | | | 0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Expenses:** | 11877.59 | 14386.57 | 13388.98 | 16137.81 | 18990.61 | 25962 | 16291 | 27860 | 26009 | 20059 | 28615 | 17187.39 | 236764.95 |
| **Net Profit/Loss:** | 1580.41 | 29476.43 | 17573.02 | 29240.32 | 3640.39 | 5616 | 21623 | 16129 | 8463 | 3967 | 22733 | 4977.61 | 165019.18 |

**Average**

33482.0108

1780

308.216667

0

61.105

509.235833

0

10344.33

0

280

26.3333333

46.8066667

0

20.25

48.78

394.955

0

0

11.0833333

0

5663.59417

138

97.7225

0

0

0

0

0

0

0

19730.4125
13751.5983